IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTONIO SMITH** **PLAINTIFF**
**ADC #118127**

**VS.** **4:22-CV-00681-BRW-JTK**

**AARON ROGERS, et al.** **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 15th day of September, 2022.


                                                Billy Roy Wilson_____
                                                UNITED STATES DISTRICT JUDGE